1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO DELGADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-CV- 1747 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 14) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 14) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than February 4, 2022**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　Dated:　__November 5, 2021__　　　_____ /s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1