# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO DELGADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-01747-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 17) |

On February 2, 2022, the parties filed a stipulated notice of voluntary dismissal. (ECF No. 17.) In light of the parties' notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice in accordance with the terms of the parties' written settlement agreement.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**February 2, 2022**__　　　　　　　　　／s／　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE